**Jeffrey ALLEN, Plaintiff-Appellant,**

v.

**ACE HARDWARE CORPORATION; James Lawson, Manager; Kelly Feltner, Dispatcher; Robert Peak, Human Resources, Defendants-Appellees.**

No. 17-1558

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

Jeffrey Allen, Appellant Pro Se. Jason V. Federmack, JACKSON LEWIS PC, Raleigh, North Carolina, for Appellees.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Allen appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Ace Hardware Corp.*, No. 1:16-cv-01206-CCE-JLW (M.D.N.C. Apr. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*